

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00094-CV

---

Virginia Dorantes, Appellant

v.

Sun Fire Property Owners Association, Appellee

---

On Appeal from the County Court at Law No 6
El Paso County, Texas
Trial Court No. 2025DCV3799

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for failure to pay the filing fee. *See* Tex. R. App. P. 5, 42.3.

On February 18, 2026, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a

party is excused by statute or by appellate rule from paying costs). The letter notified Appellant that the appeal could be dismissed on or after March 1, 2026, if Appellant failed to pay the filing fee. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).


                                                MARIA SALAS MENDOZA, Chief Justice

March 12, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.